Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 3, 2005









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 3, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01003-CV

____________

 

IN RE JOSEPH DINGLER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On September 27, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52. 

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed November 3, 2005.

Panel consists of
Justices Fowler, Edelman, and Guzman.